IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                         Case No. 4:18-cr-40012

BRUCE WITHERSPOON                                                                          DEFENDANT

## ORDER

Before the Court is Defendant Bruce Witherspoon's Motion for Credit for Time Served. ECF No. 35. Witherspoon requests that the Court credit him for time served in federal custody. He asserts that the Bureau of Prisons did not credit his time served in federal custody from June 25, 2018, to February 22, 2019.

The United States Bureau of Prisons is the entity that determines when a federal sentence commences and whether a defendant should receive credit for time spent in custody. *See United States v. Iversen*, 90 F.3d 1340, 1344-45 (8th Cir. 1996). Administrative procedures exist within the Bureau of Prisons to review the Bureau's failure to credit the time a defendant has served. *See Mathena v. United States*, 577 F.3d 943, 946 (8th Cir. 2009). Once these administrative remedies are exhausted, prisoners may then seek judicial review of any jail-time credit determination by filing a habeas petition under 28 U.S.C. § 2241. *Id.*; *United States v. Tinsdale*, 455 F.3d 885, 888 (8th Cir. 2006). A section 2241 petition challenging the Bureau's execution of a sentence must be filed "in either the district where [the petitioner] is confined, in the United States District Court for the District of Columbia, or any other district in which the BOP maintains a regional office."[1] *United States v. Chappel*, 208 F.3d 1069, 1069 (8th Cir. 2000).

In this case, it does not appear that Witherspoon has exhausted his administrative remedies. Even if he had exhausted his remedies, the Western District of Arkansas is not the correct venue

---

[1] The Bureau of Prisons does not maintain a regional office in the Western District of Arkansas.

in which to make this request.  Accordingly, the Court finds that Witherspoon's Motion for Credit for Time Served (ECF No. 35) should be and hereby is **DENIED**.[2]

**IT IS SO ORDERED**, this 19th day of April, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[2] Witherspoon has also filed a Motion for Status Update (ECF No. 36) regarding the instant Motion for Credit for Time Served.  The Court finds that the Motion for Status Update (ECF No. 36) is **DENIED AS MOOT**.